

**BARRON & NEWBURGER, PC**

Arthur Sanders
*Attorney*

Office 845-499-2990 | E-Mail: asanders@bn-lawyers.com

February 16, 2022

Hon. Philip M. Halpern, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

> Application granted; briefing schedule extended as set forth herein.
>
> SO ORDERED.
>
> _(signature)_
>
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> February 17, 2022

Re:  Moshe Weisz v. Sarma Collections, Inc.
     Docket No. 21-CV-06230

Dear Judge Halpern:

As you know, this office represents the defendant in the above-captioned matter. The Court previously set a briefing schedule requiring defendant's Motion to Dismiss to be served, but not filed, by today February 16, 2022. This letter is written to request a two-day extension of defendant's service of the anticipated motion. This request is made with consent of plaintiff's counsel.

Under the revised briefing schedule, defendant's Motion to Dismiss shall be served but not filed on February 18, 2022, and Opposition should be served but not filed on March 11, 2022. The reply date of March 25, 2022, can remain.

The undersigned was out of town all week, last week, and is running a bit behind on the preparation of the motion.

This is a first request to extend the briefing schedule and is made with the consent of opposing counsel.

Thank you for your consideration.

Sincerely,

BARRON & NEWBURGER, P.C.

By: Arthur Sanders
as/bmm