**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
MOSHE WEISZ, individually, and on behalf of
other similarly situated customers,

                    Plaintiff,

      -against-

SARMA COLLECTIONS, INC.,

                   Defendant.
-----------------------------------------------------------X

21 **CIVIL** 6230 (PMH)

## JUDGMENT



It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated April 20, 2022, Defendant's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

       April 21, 2022

                                            **RUBY J. KRAJICK**

                                            **Clerk of Court**

                      BY:

                                            **Deputy Clerk**